Hamilton P. BEE, Appellant, v. UNITED STATES of America, Appellee.

No. 6974.

Circuit Court of Appeals, Ninth Circuit.

Oct. 3, 1932.

Before SAWTELLE, Circuit Judge and ST. SURE, District Judge.

PER CURIAM.

Upon motion of counsel for appellee, ordered appeal dismissed for failure of appellant to file record and docket cause; mandate forthwith.

Frank CARRARA, Appellant, v. UNITED STATES of America, Appellee.

No. 6803.

Circuit Court of Appeals, Ninth Circuit.

Sept. 12, 1932.

Anthony J. Stella, of Tacoma, Wash., for appellant.

Anthony Savage, U. S. Atty., and Tom De Wolfe, Asst. U. S. Atty., both of Seattle, Wash.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.

Upon motion of counsel for appellee, ordered appeal herein dismissed for failure of appellant to print and file brief as required by rule 24 of the Rules of Practice of this court.

CUTLER BINDERY CO., a Corporation, et al., Appellants, v. GUARDIAN BUILDING AND LOAN ASSOCIATION, a Corporation, Alleged Bankrupt, and James W. Mott, Corporation Commissioner, etc., Appellees.

No. 6699.

Circuit Court of Appeals, Ninth Circuit.

Aug. 1, 1932.

Wm. B. Layton and N. Ray Alber, both of Portland, Or., for appellants.

Barnett H. Goldstein and John W. Kaste, both of Portland, Or., for appellees.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.

The appeal in this case is from an order refusing to adjudicate the Guardian Building & Loan Association a bankrupt. Motion to dismiss is granted. Home Savings & Loan Association v. Plass, 57 F.(2d) 117, decided by this court March 21, 1932.

Carlo DEMATO et al., Appellants, v. UNITED STATES, Appellee.

No. 4767.

Circuit Court of Appeals, Third Circuit.

Aug. 20, 1932.

James Mercer Davis, of Camden, N. J., for appellants.

Phillip Forman, U. S. Atty., of Trenton, N. J., and John Grimshaw, Jr., Asst. U. S. Atty., of Paterson, N. J.

Before BUFFINGTON, WOOLLEY, and THOMPSON, Circuit Judges.

PER CURIAM.

After argument and due consideration had, this case is reversed [see opinion in Nunzio Scalo v. United States (C. C. A.) 60 F.(2d) 1086], and the record remanded at once so that an early trial may be had.